

**Bressler**
AMERY & ROSS
A PROFESSIONAL CORPORATION

325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932
Tel: 973.514.1200
Fax: 973.514.1660

Edward A. Velky
Principal

Direct: 973.660.4467
evelky@bressler.com

May 8, 2024

**VIA CM/ECF**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York

Conference Adjourned
From: 5/17/2024
To: July 29, 2024 at 11:00a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 5-8-24

Dial-In No.: 1-888-363-4749, Access Code: 3667981.

Re:   *American General Life Ins. Co. v. Ritika Mehta, et al.*
       Case No. 24 Civ. 1952 (PKC)

Dear Judge Castel:

Please consider this letter Interpleader Plaintiff American General Life Insurance Company's ("American General") request for adjournment of the Initial Pretrial Conference (the "Conference") currently scheduled for May 17, 2024 at 10:30 a.m.

American General respectfully requests that the Conference be adjourned in order to permit Interpleader Defendants to appear and respond to the Complaint for Interpleader Relief before the Conference is conducted. Defendants Lisa Terhune and Ryan Terhune have executed Waivers of Service of Process (Doc. 5-6) and their current deadline to respond is May 17. Defendant Mikaela Terhune has also executed a Waiver of Service of Process (Doc. 7) and her current deadline to respond is June 3, 2024. In addition, a Waiver of Service of Process form was sent to Defendant Ritika Mehta's counsel on April 30. If Defendant Ritika Mehta executes the Waiver of Service of Process, her deadline to respond will be June 30, 2024.

No prior adjournments of the Initial Pretrial Conference have been requested.

American General is unaware of whether Defendants consent to this request as they have not yet appeared in this action.

Respectfully submitted,

*s/ Edward A. Velky*
Edward A. Velky
BRESSLER, AMERY & ROSS, P.C.

ALABAMA ▲ FLORIDA ▲ NEW JERSEY ▲ NEW YORK ▲ NORTH CAROLINA ▲ TEXAS