UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Interpleader Plaintiff,

v.

RITIKA MEHTA,

LISA TERHUNE,

RYAN TERHUNE, and

MIKAELA TERHUNE,

    Interpleader Defendants.
-------------------------------------------------------x

Civil Action No. 1:24-cv-01952

Judge P. Kevin Castel
Magistrate Judge Jennifer Willis

[PROPOSED] ORDER GRANTING MOTION TO DEPOSIT INTERPLEADER FUNDS

    This is an action to determine the proper beneficiary of the death benefit payable under American General Life Insurance Company life insurance policy numbers YM00398453 and A70015352L issued to the late Jeffrey Terhune. Interpleader Plaintiff American General Life Insurance Company ("American General") filed an Interpleader Complaint against the Competing Claimants.

    American General has filed a Motion to Deposit Funds with the Clerk of the United States District Court for the Southern District of New York. The sum to be deposited with this Court is **$750,000.00 plus accrued interest, if any**. This sum represents the death benefits payable under American General life insurance policy numbers YM00398453 and A70015352L issued to the late Jeffrey Terhune.

    WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1. US Life is authorized to deposit the sum of **$750,000.00 plus accrued interest, if any**, with the Clerk of the United States District Court, Southern District of New York.

2. The Clerk of the Court shall deposit the sum of **$750,000.00 plus accrued interest, if any**, into the Disputed Ownership Fund in an interest bearing account until such time as the Court makes its further order directing disbursement of these funds.

3. The Clerk is directed to deduct from the income on the investment of the sum a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**DONE AND ORDERED** in New York, New York on June 3, 2024.

P. Kevin Castel
United States District Judge

2