UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                    Plaintiff,

                                                                       24-cv-1952 (PKC)

      -against-                                               ORDER

RIKITA MEHTA, et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       A letter of August 21, 2024 reported that the parties were actively engaged in good-faith attempts to settle, had reached an agreement in principle and had exchanged draft agreements. (ECF 44.) The Court accordingly granted defendant Mehta's application for a two-week adjournment of the time to answer or move. (ECF 45.) There have been no subsequent filings in the case.

       The parties are directed to file a letter no later than October 4, 2024 advising the Court of the status of this proceeding.

       SO ORDERED.

                                                           P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
          October 2, 2024