UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN GENERAL LIFE INSURANCE CO.,

                Plaintiff,                24 cv 1952 (PKC)

    -against-                            ORDER

RITIKA MEHTA, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

        James Matthew Haddad (the "Attorney") has moved to withdraw as counsel for defendant Ritika Mehta (the "Client") on the ground that he is unable to reach or otherwise communicate with his client despite diligent efforts to do so. An Order to Show Cause seeking withdrawal has been attempted via email, text message and Federal Express to the Client's address. The Court will grant the Attorney's motion to withdraw as attorney of record for to the Client.

        **DEFENDANT RITIKA MEHTA IS ADVISED TO PROMTLY RETAIN AN ATTORNEY.  AS A NATURAL PERSON, HOWEVER, RITIKA MEHTA MAY REPRESENT HERSELF BUT IN DOING SO SHE MUST BY JANUARY 10, 2025 FURNISH HER PRESENT ADDRESS AND EMAIL ADDRESS, TOGETHER WITH A COPY OF THIS ORDER, TO THE OFFICE OF THE PRO SE CLERK, UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007.  IF SHE ELECTS TO REPRESENT HERSELF, SHE SHOULD BECOME FAMILIARY WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL CIVIL RULES OF THIS DISTRICT AND THE INDIVIDUAL PRACTICES OF THE UNDERSIGNED.  SHE MUST COMPLY WITH ALL SCHEDULES AND DEADLINES.**

-2-

The action is stayed until January 17, 2025, and the stay will expire at 5 p.m. ON that date.

The sum paid by the Client and held in escrow by the Attorney shall remain in escrow pending further Order of the Court.

The Attorney shall forthwith serve each of the Client with a copy of this Order this Order and file an affidavit of service within five days of this Order.

Motion to withdraw is GRANTED effective upon the filing of the above-described affidavit of service.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 3, 2024