UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                Interpleader Plaintiff,

                                                      24-cv-1952 (PKC)

       -against-                                         ORDER

RITIKA MEHTA, LISA TERHUNE, RYAN
TERHUNE and MIKAELA TERHUNE,

                Interpleader Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        American General Life Insurance Company, Ritika Mehta and Lisa Terhune have jointly moved for the entry of default judgment against interpleader defendants Ryan Terhune and Mikaela Terhune. The docket does not reflect that Ryan Terhune and Mikaela Terhune have been served a copy of the motion.

        Within fourteen days, the movants shall file proof of service upon Ryan Terhune and Mikaela Terhune of the motion for entry of default judgment.

        SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
           February 20, 2025