UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

      Interpleader Plaintiff,

v.

RITIKA MEHTA,

LISA TERHUNE,

RYAN TERHUNE, and

MIKAELA TERHUNE,

      Interpleader Defendants.

------------------------------------------------------x

Civil Action No. 1:24-cv-01952 (PKC)

Judge P. Kevin Castel
~~Magistrate Judge Jennifer Willis~~

~~PROPOSED~~ ORDER ON ~~OF JOINT MOTION FOR DEFAULT~~ JUDGMENT AGAINST DEFENDANTS RYAN TERHUNE AND MIKAELA TERHUNE, AND FOR DISBURSEMENT, DISCHARGE, AND ~~DISMISSAL WITH PREJUDICE~~

*(and Judgment)*

THIS CAUSE, having come before the Court on Interpleader Plaintiff American General Life Insurance Company's Motion for Default Judgment against Defendants Ryan Terhune and Mikaela Terhune pursuant to Fed. R. Civ. P. 55(b)(2), and for Interpleader Relief pursuant to 28 U.S.C. § 1335 and Fed. R. Civ. P. 22, and for good cause shown, the Motion is hereby **GRANTED**. The Court hereby **ORDERS AND ADJUDGES** as follows:

1.     The Court hereby enters **DEFAULT JUDGMENT** pursuant to Fed. R. Civ. P. 55(b)(2) against Defendants Ryan Terhune and Mikaela Terhune on American General Life Insurance Company's claim for interpleader relief.

2.     American General Life Insurance Company is hereby **DISCHARGED WITH PREJUDICE** from any and all liability to Defendants and to any person, firm, estate, corporation, or entity on account of or in any way related to American General Life Insurance Company life insurance policy numbers YM00398453 and A70015352L issued to the late Jeffrey Terhune and/or related to the handling or processing of any claims made under American General Life

1

Insurance Company life insurance policy numbers YM00398453 and A70015352L issued to the late Jeffrey Terhune.

3. Defendants, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby **PERMANENTLY ENJOINED** from instituting or prosecuting against American General Life Insurance Company any proceeding in any state or United States Court or administrative tribunal relating to American General Life Insurance Company life insurance policy numbers YM00398453 and A70015352L issued to the late Jeffrey Terhune and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy numbers YM00398453 and A70015352L issued to the late Jeffrey Terhune.

4. American General Life Insurance Company is hereby awarded $10,000 from the death benefits payable under life insurance policy numbers YM00398453 and A70015352L as reimbursement for its attorneys' fees and costs incurred in this action. This amount is a compromise amount less than American General Life Insurance Company's full attorneys' fees and costs incurred, and has been agreed to by the non-defaulted Defendants Lisa Terhune and Ritika Mehta. The Clerk of Court is hereby **DIRECTED** to disburse $10,000 from the funds on deposit in the Disputed Ownership Fund for this action to:

> American General Life Insurance Company
> c/o Edward A. Velky, Esq.
> Bressler, Amery & Ross, P.C.
> 325 Columbia Turnpike
> Florham Park, New Jersey 07932

5. The Clerk of Court is hereby **DIRECTED** to disburse $285,000 from the funds on deposit in the Disputed Ownership Fund for this action to:

> Lisa Terhune
> c/o Ryan M. Poplawski, Esq.

> Hancock Eastabrook LLP
> 1800 AXA Tower I, 100 Madison Street
> Syracuse, NY 13202

6. The Clerk of Court is hereby **DIRECTED** to disburse all remaining amounts on deposit in the Disputed Ownership Fund for this action, including all accrued interest, to:

> Ritika Mehta
> c/o James M. Haddad, Esq.
> Haddad Associates PLLC
> 25-04 40th Avenue Fl 2
> Long Island City, NY 11101

7. The action is hereby **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in _New York_, New York on _June 10_, 2025.

_____
P. Kevin Castel
United States District Judge

3